**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CATHY BISHOP,

    Plaintiff,

vs.	Case No.:  3:06cv202/MCR/EMT

MICHAEL J. ASTRUE,

Commissioner of Social Security,
    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.	The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.	Defendant's Motion to Remand (Doc. 28) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

    3.	This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

    4.	Defendant is ordered to conduct proceedings in accordance with the report and recommendation (Doc. 30).

      5.      A final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure shall be entered.

      **DONE AND ORDERED** this 2nd day of May, 2007.

                                  *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**